UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/21
```

Frank Monegro,

               Plaintiff,

     –v–

Rittenhouse Archives Ltd.,

               Defendant.

21-cv-3760 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference scheduled for August 20, 2021, is adjourned to November 5, 2021, at 3:15 p.m.  As stated in the Court's order dated May 18, 2021, the parties shall jointly submit a Proposed Civil Case Management Plan no later than seven days prior to the initial pretrial conference.  Dkt. No. 5.

    SO ORDERED.

Dated: August 10, 2021
       New York, New York

                                          ALISON J. NATHAN
                                       United States District Judge